1 F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
2 Ruderman & Knox, LLP
1300 National Drive, Suite 120
3 Sacramento, CA 95834
Telephone: (916) 563-0100
4 Facsimile: (916) 563-0114

5 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

| | |
|---|---|
| C.H., a minor; by and through his guardian ad litem KATHRYN R., | CASE NO:  CV S-12-2083 KJM GGH |
| Plaintiff, | ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM |
| vs. | DATE: |
| STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES, | TIME: JUDGE: |
| Defendant. | |

18   Plaintiff's Petition for Appointment of KATHRYN R. as guardian ad litem is granted.

19 DATED:  August 20, 2012.

_____
UNITED STATES DISTRICT JUDGE