F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

| | |
|---|---|
| C.H., a minor; by and through his guardian ad litem KATHRYN R., <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES, <br><br> Defendant. | CASE NO:  CV S-12-2083 KJM GGH <br><br> ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM <br><br> DATE: <br> TIME: <br> JUDGE: |

Plaintiff's Petition for Appointment of KATHRYN R. as guardian ad litem is granted.

DATED:  August 20, 2012.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Appointment of Guardian Ad Litem                                                                 Page 1