IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C.H., minor, by and through Guardian ad Litem
KATHRYN R.,

      Plaintiff,               No. 2:12-02083 KJM GGH

  vs.

STATE OF CALIFORNIA,
DEPT. OF HEALTH CARE SERVICES,

                                   <u>ORDER</u>

      Defendants.

_____/

      On October 10, 2012, the Clerk of Court entered a default against defendant Department of Heath Care Services after it did not file a responsive pleading within 21 days of service of process. Defendant's failure to file a responsive pleading was on account of a calendaring error. The parties therefore stipulate that the default shall be set aside, and that defendant shall be granted a 21 day extension to answer the complaint filed in this case.

      Considering the agreement of the parties and good cause being shown, IT IS ORDERED:

      1. That plaintiff's motion for default judgment filed on October 10, 2012 (dkt. 11) is vacated; and

\\\\\

1

2. Defendants shall file a responsive pleading to plaintiff's August 8, 2012 complaint (dkt. 2) on or before November 2, 2012.

DATED: October 16, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH9
C.W.2083.stip.eto